## OPPEL *v.* DIRECTOR OF PATUXENT INSTITUTION

[App. No. 34, September Term, 1964.]

*Decided December 7, 1964.*

Before HENDERSON, C. J., and HAMMOND, PRESCOTT, HOR-
NEY, MARBURY, SYBERT and OPPENHEIMER, JJ.

PER CURIAM.

This is an application for leave to appeal from an order of
Chief Judge Manley in redetermination proceedings that the
applicant is still a defective delinquent. The applicant seeks
leave to appeal on the grounds: (1) that there was no evidence
legally sufficient to support a finding of defective delinquency;
(2) that the determination by the trial court was clearly erro-
neous in that it was against the weight of the evidence; (3) that
this evidence indicated that the applicant was prepared to leave
Patuxent Institution and re-enter society; and (4) that Code
(1957) Article 31B is unconstitutional.

We have ordered and examined a transcript of the record
of the hearing, and find no merit in the applicant's first three
contentions. The applicant was re-examined in April and No-
vember, 1963, and by Dr. Boslow, the director, the day before
the hearing. It was the director's opinion that, while the appli-
cant has made some progress since his commitment, he is still
a defective delinquent, and that, if released to the community
now, he will get into difficulty "in the very shortest possible
time." The applicant had group therapy for about a year, but
refused several times to be seen by the psychiatrist. Dr. Bos-
low testified that the Institution is endeavoring to motivate him
to accept its help. There was ample evidence in the record to
support the finding of defective delinquency. Dr. Boslow's tes-
timony was admissible, even though based in part upon the
medical findings of others. *Jewell v. Director,* 236 Md. 643, 204
A. 2d 564; *Dickerson v. Director,* 235 Md. 668, 202 A. 2d 765
(1964). It was for the lower court to determine the credibility
of the witness. *McCloskey v. Director,* 230 Md. 635, 187 A.
2d 833 (1963).

The applicant's final point, as to the constitutionality of the
Act, has been disposed of by this Court in prior cases. *Mills v.
Director,* 233 Md. 593, 195 A. 2d 678 (1963); *Eggleston v.
State,* 209 Md. 504, 121 A. 2d 698 (1956).

*Application denied.*